| United States District Court | Southern District of Texas |
|---|---|

Fred A. Dixon, Jr.,  §
TDCJ 1465037,  §
    Plaintiff,  §
   §
versus  §    Civil Action H-11-722
   §
Nurse Staff,  §
   §
    Defendant.  §

## Opinion on Dismissal

    Fred A. Dixon, Jr. sues for civil rights violations. He is in a Texas prison. Dixon has filed about twenty-five lawsuits in the federal courts in Texas. He has been sanctioned and barred by the District Court for the Northern District of Texas. The Northern District Court barred Dixon from filing cases unless he paid the filing fee or showed "good cause as to why the complaint sets out a colorable basis for relief and why venue is proper in the Northern District of Texas." *Dixon v. Angleton Parole Dep't*, 3:03-CV-2790-K (N.D. Tex.). He was also barred from filing a case unless he first paid the filing fee or obtained permission to file. *Dixon v. Lake Charles, La. Sheriff's Dep't*, 3:03-CV-2232-M (N.D. Tex.). Later, in March 2005, the Court denied him leave to file a case, sanctioned him $100, and barred him from filing cases until he paid the sanction. *Dixon v. Angleton Sheriff Dep't*, 3:05-MC-0011-M (N.D. Tex.)

    Dixon has relentlessly abused the federal courts. Dixon has not paid the filing fee and he did not ask permission to file this case. Under the Northern District sanction orders and this court's inherent power to control its docket, and because of his serious abuse of the federal courts, Dixon will not be allowed to proceed further here. This complaint is dismissed.

    Signed March 4, 2011, at Houston, Texas.

                                                    Lynn N. Hughes
                                      United States District Judge